IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THERESA C. W. PRYOR                                                                PETITIONER

V.                            NO. 5:08CV00315 WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, it is hereby CONSIDERED, ORDERED and ADJUDGED that this petition be dismissed without prejudice.

IT IS SO ORDERED this <u>7th</u> day of May, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE